UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKHAIL GERSHZON,

                Plaintiff,

      v.

META PLATFORMS, INC.,

                Defendant.

Case No.  23-cv-00083-SI

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

Pursuant to Civil Local Rule 72-1, discovery disputes and all discovery matters in this cases are referred to United States Magistrate Judge Virginia K. DeMarchi.

**IT IS SO ORDERED**.

Dated: January 31, 2023

SUSAN ILLSTON
United States District Judge