UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL GERSHZON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 23-cv-00083-SI (VKD) <br><br> **ORDER RE APRIL 20, 2023 DISCOVERY CONFERENCE** |

On April 20, 2023, at 9:00 a.m., this Court will hold an **in-person** discovery conference in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street in the San Jose Division. This Court set that conference to discuss matters identified in a joint case management statement submitted by the parties in Case No. 22-cv-03580-WHO, *In re Meta Pixel Healthcare Litigation*—namely:

1. ESI/Document Preservation
2. ESI Protocol
3. Protective Order
4. Rule 502(d)/Clawback Order

*See* Case No. 22-cv-03580-WHO, Dkt. Nos. 191, 201.

On April 7, 2023, Judge Illston directed the parties in the present action, *Gershzon v. Meta Platforms, Inc.* ("*Gershzon*"), to attend the April 20, 2023 discovery conference before this Court. Dkt. No. 34. The Court has reviewed the parties' March 31, 2023 joint case management statement (Dkt. No. 30), and does not find that statement particularly helpful with respect to

matters to be addressed at the April 20 discovery conference.[1]

Accordingly, this Court requests that the *Gershzon* parties submit a joint statement regarding the same four issues listed above, indicating points on which the parties agree and disagree. The parties are encouraged to review the joint case management statement and attachments submitted in the *In re Meta Pixel Healthcare Litigation* matter and to confer with counsel in that matter, as may be appropriate. If possible, the Court requests that the *Gershzon* parties use the materials already submitted by the parties in the *In re Meta Pixel Healthcare Litigation* matter as a starting point for their own proposals. The *Gershzon* parties shall file their joint statement, including any attachments, by **April 13, 2023**.

**IT IS SO ORDERED.**

Dated: April 7, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] Defendant's primary position appears to be that all discovery should be stayed pending resolution of its motion to dismiss the complaint (Dkt. No. 31). At present, it appears that Judge Illston has stayed discovery only until the April 20, 2023 discovery conference is held. Dkt. No. 34.