| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (admitted *pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (admitted *pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:    (415) 393-4622<br>Facsimile:    (415) 801-7389<br><br>ANDREW M. KASABIAN, SBN 313210<br>akasabian@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071 USA<br>Telephone:    (213) 229-7311<br>Facsimile:    (213) 229-6311<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>*Additional Attorneys in Signature Block* | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>MICHAEL W. SOBOL, SBN 194857<br>msobol@lchb.com<br>DAVID T. RUDOLPH, SBN 233457<br>drudolph@lchb.com<br>MELISSA GARDNER, SBN 289096<br>mgardner@lchb.com<br>JACOB H. POLIN, SBN 311203<br>jpolin@lchb.com<br>NABILA ABDALLAH, SBN 347764<br>nabdallah@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>CARNEY BATES & PULLIAM, PLLC<br>JOSEPH HENRY BATES, III, SBN 167688<br>hbates@cbplaw.com<br>ALLEN CARNEY (admitted *pro hac vice*)<br>acarney@cbplaw.com<br>COURTNEY E. ROSS (admitted *pro hac vice*)<br>cross@cbplaw.com<br>519 W. 7th St.<br>Little Rock, AR, 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505<br><br>*Attorneys for Plaintiff and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.<br><br>            Defendant. | Case No. 3:23-cv-00083-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR META'S MOTION TO DISMISS COMPLAINT**<br><br>Date:       June 9, 2023<br>Time:      10:00 a.m.<br>Location: Zoom<br>Judge:     Hon. Susan Illston |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Mikhail Gershzon ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") by and through their respective counsel of record, respectfully submit this stipulation and proposed order concerning the briefing schedule of Meta's pending motion to dismiss.

WHEREAS, Meta filed a motion to dismiss the complaint on March 31, 2023 (Dkt. 31); and

WHEREAS, the parties submitted their Joint Rule 26(f) Report and Initial Case Management Statement on March 31, 2023, and, based upon counsel's discussions regarding the issues to be addressed in Meta's motion, therein agreed to and jointly proposed a briefing schedule with a deadline of April 28, 2023 for Plaintiff to file his opposition to Meta's motion to dismiss, and a deadline of May 19, 2023 for Meta to file its reply brief in support of its motion to dismiss (Dkt. 30 at 8); and

WHEREAS, the Court held an Initial Case Management Conference on April 7, 2023, and acknowledged the parties' proposed briefing schedule, but the Minute Entry for those proceedings did not reference the parties' proposed briefing schedule for Meta's motion to dismiss (Dkt. 34); and

WHEREAS, the hearing on said motion is scheduled for June 9, 2023 at 10:00 am (Dkt. 32); and

WHEREAS, no other time modifications have been requested by the parties and this proposed briefing schedule will not alter any other deadlines set by the Court;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of this Court, that:

1. The deadline for Plaintiff to file his opposition to Meta's motion to dismiss shall be April 28, 2023.

2. The deadline for Meta to file its reply in support of its motion to dismiss shall be May 19, 2023.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2023 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | By:    /s/ Darcy Harris |
| 3 | | Darcy Harris |
| 4 | | LAUREN R. GOLDMAN (admitted *pro hac vice*) |
| 5 | | DARCY C. HARRIS (admitted *pro hac vice*) lgoldman@gibsondunn.com |
| 6 | | dharris@gibsondunn.com 200 Park Avenue |
| 7 | | New York, NY 10166 Telephone:  (212) 351-4000 |
| 8 | | Facsimile:  (212) 351-4035 |
| 9 | | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| 10 | | ABIGAIL A. BARRERA, SBN 301746 emccloskey@gibsondunn.com |
| 11 | | abarrera@gibsondunn.com 555 Mission Street, Suite 3000 |
| 12 | | San Francisco, CA 94105 Telephone:  (415) 393-8200 |
| 13 | | Facsimile:  (415) 393-8306 |
| 14 | | |
| 15 | | **COOLEY LLP** |
| 16 | | By:    /s/ Michael G. Rhodes Michael G. Rhodes |
| 17 | | MICHAEL G. RHODES, SBN 116127 |
| 18 | | KYLE C. WONG, SBN 224021 CAROLINE A. LEBEL, SBN 340067 |
| 19 | | rhodesmg@cooley.com kwong@cooley.com |
| 20 | | clebel@cooley.com 3 Embarcadero Center, 20th Floor |
| 21 | | San Francisco, CA 94111-4004 Telephone:  (415) 693-2000 |
| 22 | | Facsimile:  (415) 693-2222 |
| 23 | | *Attorneys for Meta Platforms, Inc.* |

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**

By:   /s/ Melissa Gardner
       Melissa Gardner

MICHAEL W. SOBOL, SBN 194857
DAVID T. RUDOLPH, SBN 233457
MELISSA GARDNER, SBN 289096
JACOB H. POLIN, SBN 311203
NABILA ABDALLAH, SBN 347764
msobol@lchb.com
drudolph@lchb.com
mgardner@lchb.com
jpolin@lchb.com
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

**CARNEY BATES & PULLIAM, PLLC**

By:   /s/ Allen Carney
       Allen Carney

JOSEPH HENRY BATES, III, SBN 167688
ALLEN CARNEY (admitted *pro hac vice*)
COURTNEY E. ROSS (admitted *pro hac vice*)
hbates@cbplaw.com
acarney@cbplaw.com
cross@cbplaw.com
519 W. 7th St.
Little Rock, AR, 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff and the Proposed Class*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Darcy Harris, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: April 14, 2023                By:      /s/ Darcy Harris
                                                    Darcy Harris

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Plaintiff's opposition to the motion to dismiss is due on April 28, 2023. Defendant's reply in support of its motion to dismiss is due on May 19, 2023.

ENTERED: April __ 2023

                                                    Honorable Susan Illston
                                          United States District Court Judge