LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Jacob H. Polin (SBN 311203)
jpolin@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00083-SI<br><br>**DECLARATION OF MELISSA GARDNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT META PLATFORM'S MOTION TO FURTHER STAY DISCOVERY** |

- 1 -

I, Melissa Gardner, declare:

1.      I am a partner at Lieff Cabraser Heimann & Bernstein LLP and one of the counsel representing Plaintiff in this action.  I am licensed to practice law in the State of California and admitted before the United States District Court for the Northern District of California.  I have personal knowledge of the following and could and would competently testify thereto.

2.      On April 21, Meta's counsel Ms. McCloskey responded to my email requesting confirmation of Meta's amended discovery response deadline and dates to meet and confer by requesting an extension on the following rationale: "While the parties confer coordination, we believe it is most efficient for us to wait to respond to the *Gershzon* discovery until Judge DeMarchi enters a coordinated discovery plan."

3.      Ms. McCloskey's Declaration, at paragraph 3, is mistaken in stating that Plaintiff's counsel "refused to agree to any extension."  On April 21, I responded to Ms. McCloskey's request as follows: "[W]e do not agree in principle to stay all discovery in this case pending a final plan for coordination on issues where coordination makes sense.  If Meta believes a particular request is improper in this case or would create readily avoidable duplication we are happy to confer regarding an objection to that effect, but not to delay the process on the basis that we are also discussing coordination on issues common to other cases.  If you have other reasons for requiring an extension, as a professional courtesy we are of course willing to consider it."

4.      On April 27 I spoke with Ms. McCloskey about an email I had reviewed from her that morning (it was sent after 10:00 p.m. PT the night before), which stated that Meta intends to file an administrative motion for a stay.  I asked that Meta consider a compromise, and at 1:48 p.m., within approximately two hours of the call, proposed in writing to **grant** Meta's requested extension **provided** Meta respond by its May 19 deadline to four (out of ten served) Requests for Production pertaining specifically to Plaintiff and the California DMV (*e.g.*, agreements between Meta and the DMV, Plaintiff-specific documents identified in Meta's initial disclosures), and the following three (out of nine served) case-specific Interrogatories:

> Interrogatory 1: "Identify, by number such as "527056364702737" and the date range(s) of installation, each Meta Pixel installed at any time **on the California Department of Motor Vehicles website**";

DECLARATION OF MELISSA GARDNER
CASE NO. 3:23-CV-00083-SI

Interrogatory 7: "**For each Meta Pixel identified in response to Interrogatory No. 1**, identify by category and the date range(s) in which it was received, all data that You have received via the Meta Pixel **from the California Department of Motor Vehicles website**.";

Interrogatory 9: Describe Your data retention policies applicable to the contents of transmissions by any Meta Pixel **identified in response to Interrogatory No. 1**, Including any changes to such policies implemented between the first and last **dates specified in response to Interrogatory No. 1**.

5.      I have emphasized several times in correspondence and discussion with Meta's counsel that Plaintiff's counsel are prepared to be reasonable with respect to discovery and any potential for duplication and would like to meet and confer regarding concerns Meta may have about specific requests.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed in San Francisco, California.

Dated: May 1, 2023                    By:  _Melissa Gardner_

Melissa Gardner

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on May 1, 2023, I directed the electronic filing of the foregoing

3    document with the Clerk of the Court using the CM/ECF system, which will automatically send

4    notification of the filing to all counsel of record.

5

6                                              By:    _____

7                                                     Melissa Gardner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MELISSA GARDNER
CASE NO. 3:23-CV-00083-SI