UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00083-SI<br><br>**[PROPOSED] ORDER DENYING DEFENDANT META PLATFORM'S MOTION TO FURTHER STAY DISCOVERY**<br><br><br>Action Filed: January 6, 2023<br><br>Honorable Judge Susan Illston |

Having considered the papers and pleadings on file, the Court HEREBY DENIES the motion of Defendant Meta Platforms, Inc. for a further stay of discovery. Discovery in this action opened on April 20. Meta is instructed to participate in its current, pending discovery obligations.

**IT IS SO ORDERED**.

Dated:

_____
UNITED STATES DISTRICT JUDGE