| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (admitted *pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (admitted *pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:   (415) 393-4622<br>Facsimile:    (415) 801-7389<br><br>ANDREW M. KASABIAN, SBN 313210<br>akasabian@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071 USA<br>Telephone:   (213) 229-7311<br>Facsimile:    (213) 229-6311<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>*Additional Attorneys in Signature Block* | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>MICHAEL W. SOBOL, SBN 194857<br>msobol@lchb.com<br>DAVID T. RUDOLPH, SBN 233457<br>drudolph@lchb.com<br>MELISSA GARDNER, SBN 289096<br>mgardner@lchb.com<br>JACOB H. POLIN, SBN 311203<br>jpolin@lchb.com<br>NABILA ABDALLAH, SBN 347764<br>nabdallah@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>CARNEY BATES & PULLIAM, PLLC<br>JOSEPH HENRY BATES, III, SBN 167688<br>hbates@cbplaw.com<br>ALLEN CARNEY (admitted *pro hac vice*)<br>acarney@cbplaw.com<br>COURTNEY E. ROSS (admitted *pro hac vice*)<br>cross@cbplaw.com<br>519 W. 7th St.<br>Little Rock, AR, 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505<br><br>*Attorneys for Plaintiff and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.<br><br>      Defendant. | Case No. 3:23-cv-00083-SI-VKD<br><br>**JOINT STATEMENT REGARDING PROTECTIVE ORDER**<br><br>Hon. Virginia K. DeMarchi |

**JOINT STATEMENT**

In accordance with the Court's direction at the April 20, 2023 Discovery Conference, *see* Dkt. No. 43, the parties in *In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-3580-WHO (VKD), *In re Meta Pixel Tax Filing Cases*, Case No. 22-cv-07557-SI (VKD), and *Gershzon v. Meta*, Case No. 3:23-cv-00083-SI (VKD) have continued to meet and confer regarding the terms of a protective order to be entered in their respective cases. While the parties have made progress, they have been unable to reach agreement on all issues.[1] The DMV Case Plaintiff's proposed protective order is attached as Exhibit A, Meta's proposed protective order is attached as Exhibit B, and a redline comparing the DMV Case Plaintiff's proposed protective order and Meta's proposed protective order is attached as Exhibit C. The parties submit the following statements regarding the remaining disputes.

**I.      PLAINTIFF'S STATEMENT**

The DMV Case Plaintiff has conferred with the Healthcare and Tax Plaintiffs regarding the contents of their statements regarding the Protective Order. Plaintiff agrees with the terms they propose, and proposes the same terms in Plaintiff's Proposed Protective Order attached as Exhibit A. Plaintiff has no disputes to identify for the Court that are not already addressed by the Healthcare and Tax Plaintiffs.

With respect to source code, Plaintiff supports the Healthcare Plaintiffs' position that categorical exclusions from "source code" designations would serve the interests of fairness and efficiency by reducing the likelihood of disputes. This is important because restrictions on the Receiving Party's ability to access designated materials will make designations difficult to assess or, if necessary, to challenge on a case-by-case basis.

With respect to redaction logs, Plaintiff supports the Tax Plaintiffs' position that Meta should disclose information sufficient to identify documents bearing particular types of redactions because multiple types of redactions (including source code redactions) are contemplated. If it is not burdensome for Meta to maintain electronic records of the reasons for redactions when it makes them,

---

[1] This Joint Statement refers to *In re Meta Pixel Healthcare Litigation* (Case No. 3:22-cv-03580) as the "Healthcare Case," *In re Meta Pixel Tax Filing Cases* (Case No. 3:22-cv-07557) as the "Tax Case," and *Gershzon v. Meta Platforms, Inc.* (Case No. 3:23-cv-00083) as the "DMV Case" and the plaintiff therein as the "DMV Case Plaintiff."

there is no reason to put Plaintiffs through the laborious process of document-by-document redaction review rather than to require simple disclosure of that information.

**II.    META'S STATEMENT**

Because the DMV Case Plaintiff merely supports the positions stated by the Healthcare Plaintiffs and the Tax Plaintiffs, Meta incorporates its positions from the joint statements filed in the Healthcare Case and the Tax Case concerning the protective order as if fully stated herein. As with the Rule 502(d) Clawback Order, it is Meta's position that there should be a single protective order that is entered in each of the cases that have been referred to this Court for discovery.

| | | |
|---|---|---|
| Dated: May 5, 2023 | **GIBSON, DUNN & CRUTCHER LLP** | |
| | By: | */s/ Lauren Goldman* |
| | | Lauren Goldman |

                         LAUREN R. GOLDMAN (admitted *pro hac vice*)
                         DARCY C. HARRIS (admitted *pro hac vice*)
                         lgoldman@gibsondunn.com
                         dharris@gibsondunn.com
                         200 Park Avenue
                         New York, NY 10166
                         Telephone:  (212) 351-4000
                         Facsimile:  (212) 351-4035

                         ELIZABETH K. MCCLOSKEY, SBN 268184
                         ABIGAIL A. BARRERA, SBN 301746
                         emccloskey@gibsondunn.com
                         abarrera@gibsondunn.com
                         555 Mission Street, Suite 3000
                         San Francisco, CA 94105
                         Telephone:  (415) 393-8200
                         Facsimile:  (415) 393-8306

**COOLEY LLP**

By:   */s/ Michael G. Rhodes*
       Michael G. Rhodes

                         MICHAEL G. RHODES, SBN 116127
                         KYLE C. WONG, SBN 224021
                         CAROLINE A. LEBEL, SBN 340067
                         rhodesmg@cooley.com
                         kwong@cooley.com
                         clebel@cooley.com
                         3 Embarcadero Center, 20th Floor
                         San Francisco, CA 94111-4004
                         Telephone:  (415) 693-2000
                         Facsimile:  (415) 693-2222

                         *Attorneys for Meta Platforms, Inc.*

|   |   |
|---|---|
| 1 | **LIEFF CABRASER HEIMANN** |
| 2 | **& BERNSTEIN, LLP** |

By: /s/ *Melissa Gardner*
     Melissa Gardner

MICHAEL W. SOBOL, SBN 194857
DAVID T. RUDOLPH, SBN 233457
MELISSA GARDNER, SBN 289096
JACOB H. POLIN, SBN 311203
NABILA ABDALLAH, SBN 347764
msobol@lchb.com
drudolph@lchb.com
mgardner@lchb.com
jpolin@lchb.com
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

**CARNEY BATES & PULLIAM, PLLC**

By: /s/ *Allen Carney*
     Allen Carney

JOSEPH HENRY BATES, III, SBN 167688
ALLEN CARNEY (admitted *pro hac vice*)
COURTNEY E. ROSS (admitted *pro hac vice*)
hbates@cbplaw.com
acarney@cbplaw.com
cross@cbplaw.com
519 W. 7th St.
Little Rock, AR, 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff and the Proposed Class*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 5, 2023                By:     */s/ Lauren Goldman*
                                                                Lauren Goldman