1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

SAN FRANCISCO DIVISION

9

10

| | |
|---|---|
| MIKHAIL GERSHZON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00083-SI-VKD<br><br>**[PROPOSED] ORDER REGARDING DISCOVERY COORDINATION**<br><br><br>Action Filed: January 6, 2023<br><br>Honorable Judge Virginia K. DeMarchi |

16

17       Having considered the papers and pleadings on file and the argument of counsel, the Court

18  HEREBY ORDERS as follows concerning coordination of discovery in the above-captioned

19  action ("DMV case") with discovery in *In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-

20  3580-WHO (VKD) ("Healthcare case") and *In re Meta Pixel Tax Filing Cases*, Case No. 22-cv-

21  07557-SI (VKD) ("Tax case").

22       **I.     Written Discovery**

23       Discovery is open for all purposes and the parties may serve Requests for Production,

24  Interrogatories, and Requests for Admission ("Requests") in accordance with the Federal Rules or

25  other order of the Court.  Defendant Meta Platforms, Inc. ("Meta") must respond to such requests

26  in accordance with the Federal Rules and the following:

27       If Meta reasonably believes that documents or information sought by a particular Request

28  is duplicative, in whole or in part, of specific documents or information previously produced by

Meta in either the Healthcare or Tax case, Meta may object to the Request (in whole or in part, consistent with the extent of duplication) on the basis that Meta's search for and production of information responsive to that Request should be coordinated with discovery in either the Tax or Healthcare case ("Coordination Objection").

For a Coordination Objection to be validly asserted, within 5 business days of making the Objection, Meta must disclose the following information to counsel in the DMV case:

(1) the discovery request(s) to which the production claimed to be duplicative was responsive and all objections Meta made to the request(s);

(2) the same information Meta provided to the parties that received the discovery regarding the search protocol and methodology employed to locate and produce the materials;

(3) all compromises and limitations agreed to or imposed in identifying and producing the materials claimed to be duplicative;

(4) whether Meta's production claimed to be duplicative is complete as to the subject matter claimed to be duplicative; and

(5) the discovery response(s) or materials claimed to be duplicative.

If Meta makes a valid Coordination Objection, the DMV case Plaintiff may still pursue non-duplicative discovery responsive to the subject Request insofar as Plaintiff has a good faith basis to believe that non-duplicative discovery is sought.

Subject to any other objection, both parties shall negotiate in good faith to identify a reasonable and proportional means of providing non-duplicative materials responsive to the request subject to a valid Coordination Objection, if any.  Any disputes regarding whether materials claimed to be duplicative are duplicative of the discovery response(s) or materials sought in response to a valid Coordination Objection may be presented to the Court for resolution in accordance with Judge DeMarchi's Standing Order.

Nothing in this section shall prevent the parties from agreeing that documents and/or information Meta intends to, but has not yet, produced in response to discovery Requests in either the Healthcare or Tax cases should also be produced to Plaintiff or to reach mutually agreeable compromises regarding the timing of specific productions by Meta or the cross-production of

specific discovery in multiple cases.

## II.    Depositions

Plaintiff may conduct depositions in the DMV case in accordance with the Federal Rules or other order of the Court, subject to the following additional requirements:

### A.  Depositions noticed in the Healthcare and Tax cases

If a Meta witness is noticed for deposition in either the Healthcare or Tax case, but has not been noticed for deposition in the DMV case, and if the following conditions are met:

(1) The confirmed date for the deposition is at least 15 business days after the date the DMV case Plaintiff is served with a Notice of Deposition for a Meta witness in the Healthcare or Tax case;

(2) Meta produced the same custodial files for that witness that it produced in the Noticing counsel's case to Plaintiff in the DMV case at or around (or before) the same time such files were produced to counsel who noticed the deposition; and

(3) Meta's production of custodial files for that witness in the DMV case (if any) is complete; then Plaintiff's counsel in the DMV case shall have an obligation to determine within 10 business days of service on Plaintiff of the Notice of Deposition whether the witness should be deposed in the DMV case.  If Plaintiffs' counsel determines that the noticed witness should be deposed in the DMV case, and can be deposed at or around the same time as the noticed deposition without undue prejudice to Plaintiff or the putative DMV Class, then Plaintiff further agrees to make reasonable efforts to question that witness on the same day as, or if that is not feasible, within two business days of, counsel who noticed the deposition, provided neither the Noticing Party nor Meta objects that such efforts by Plaintiff would be prejudicial to any party in those cases.

### B.  Depositions completed in the Healthcare and Tax cases

In the event Plaintiff notices a deposition of a Meta witness who, at the time Plaintiff's Notice of Deposition is served, has already been deposed in either the Healthcare or Tax case, provided that Plaintiff's counsel in the DMV case was served with the Notice of that deposition at least 15 business days before the deposition occurred, then Meta will have the option of producing that witness's full, unredacted transcript to Plaintiff within two business days of the

date Plaintiff's Notice of Deposition is served, or immediately upon Meta's receipt of the

deposition transcript after Plaintiff's Notice of Deposition is served, whichever comes first.

If Meta exercises the option provided for by the preceding paragraph, Plaintiff and Meta

shall meet and confer within two business days of Meta's production of the transcript regarding

whether the testimony provides all information Plaintiff intended to pursue through the

deposition.  Plaintiff is not obligated to reveal work product to Meta during these

communications, but Plaintiff will have the following obligations:

(1) to disclose in good faith whether the transcript adequately addresses all topics on which

the witness is sought to be deposed; and

(2) to agree to reasonable limitations on the length of that witness's deposition, if Plaintiff

elects to proceed with that deposition, coextensive with the extent of the information

Plaintiff intended to obtain that is adequately provided in the transcript.

### C.  Depositions first noticed in the DMV case

In the event Plaintiffs in either the Healthcare or Tax case notice a Meta witness for

deposition who is subject to a pending Notice of Deposition from Plaintiff in the DMV case for

which the date of deposition has not yet been confirmed, then Plaintiff agrees to make reasonable

efforts to question that witness on the same day as, or if that is not feasible, within two business

days of, the additional Noticing party, provided that no party objects that such efforts by Plaintiff

would be prejudicial.

### D.  Joint Notices of Deposition

Nothing in this section shall prevent Plaintiff from agreeing with counsel in either the

Healthcare or Tax cases to notice and depose a Meta witness jointly and to negotiate limitations

for such witness's total time on the record, if that is determined by all parties to be efficient and

feasible for a particular witness in multiple cases.

**IT IS SO ORDERED**.

1

2 Dated:

3

4 _____
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28