| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (admitted *pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (admitted *pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:    (415) 393-4622<br>Facsimile:    (415) 801-7389<br><br>ANDREW M. KASABIAN, SBN 313210<br>akasabian@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071 USA<br>Telephone:    (213) 229-7311<br>Facsimile:    (213) 229-6311<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>*Additional Attorneys in Signature Block* | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>MICHAEL W. SOBOL, SBN 194857<br>msobol@lchb.com<br>DAVID T. RUDOLPH, SBN 233457<br>drudolph@lchb.com<br>MELISSA GARDNER, SBN 289096<br>mgardner@lchb.com<br>JACOB H. POLIN, SBN 311203<br>jpolin@lchb.com<br>NABILA ABDALLAH, SBN 347764<br>nabdallah@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>CARNEY BATES & PULLIAM, PLLC<br>JOSEPH HENRY BATES, III, SBN 167688<br>hbates@cbplaw.com<br>ALLEN CARNEY (admitted *pro hac vice*)<br>acarney@cbplaw.com<br>COURTNEY E. ROSS (admitted *pro hac vice*)<br>cross@cbplaw.com<br>519 W. 7th St.<br>Little Rock, AR, 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505<br><br>*Attorneys for Plaintiff and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.<br><br>        Defendant. | Case No. 3:23-cv-00083-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO DISCLOSE SOURCES OF ELECTRONICALLY STORED INFORMATION**<br><br>Judge:    Hon. Virginia K. DeMarchi<br><br>Re: Dkt. No. 80 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, plaintiff Mikhail Gershzon ("Plaintiff") and defendant Meta Platforms, Inc. ("Meta") by and through their respective counsel of record, respectfully submit this stipulation and proposed order concerning the deadline for Meta to disclose custodial and non-custodial ESI data sources potentially responsive to Plaintiff's First Requests for Production, dated April 6, 2023.

WHEREAS, on May 25, 2023, the Court set certain interim discovery deadlines, including a deadline of June 19, 2023 for the producing party to disclose custodial and non-custodial ESI data sources that may contain documents responsive to pending document requests (Dkt. 71); and

WHEREAS, the May 25, 2023 Order states deadlines "may be modified by agreement of the parties by means of a stipulated request and proposed order, or by the Court upon a showing of good cause" (Dkt. 71 at 1); and

WHEREAS, June 19, 2023, or Juneteenth, is a federal holiday that is observed by this Court and by Meta; and

WHEREAS, Meta requested that plaintiff agree to a one-day extension of the June 19, 2023 deadline set by the Court's May 25, 2023 Order in light of the federal holiday on June 19, 2023;

WHEREAS, the parties previously requested, and the Court approved, a modification of the briefing schedule for Meta's motion to dismiss (Dkts. 40−41); and

WHEREAS, the parties previously requested, and the Court approved, an extension of time to submit proposed protective orders (Dkts. 54−55); and

WHEREAS, the parties previously requested, and the Court approved, a continuance of the hearing date for Meta's motion to dismiss (Dkts. 69−70); and

WHEREAS, no further time modifications have been requested by the parties and this proposed modification will not alter any other deadlines set by the Court;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of this Court, that:

1. Meta's deadline to disclose custodial and non-custodial ESI data sources that may contain documents responsive to Plaintiff's First Requests for Production, dated April 6, 2023, is June 20, 2023.

| | |
|---|---|
| Dated: June 16, 2023 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By:     /s/Lauren R. Goldman |
| |            Lauren R. Goldman |
| | |
| | LAUREN R. GOLDMAN (admitted *pro hac vice*) |
| | DARCY C. HARRIS (admitted *pro hac vice*) |
| | lgoldman@gibsondunn.com |
| | dharris@gibsondunn.com |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 351-4000 |
| | Facsimile: (212) 351-4035 |
| | |
| | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| | ABIGAIL A. BARRERA, SBN 301746 |
| | emccloskey@gibsondunn.com |
| | abarrera@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| | |
| | **COOLEY LLP** |
| | By:     /s/Michael G. Rhodes |
| |            Michael G. Rhodes |
| | |
| | MICHAEL G. RHODES, SBN 116127 |
| | KYLE C. WONG, SBN 224021 |
| | CAROLINE A. LEBEL, SBN 340067 |
| | rhodesmg@cooley.com |
| | kwong@cooley.com |
| | clebel@cooley.com |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111-4004 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| | |
| | *Attorneys for Meta Platforms, Inc.* |

| | |
|---|---|
| Dated: June 16, 2023 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | By:  /s/Melissa Gardner  |
| | Melissa Gardner |
| | MICHAEL W. SOBOL, SBN 194857<br>DAVID T. RUDOLPH, SBN 233457<br>MELISSA GARDNER, SBN 289096<br>JACOB H. POLIN, SBN 311203<br>NABILA ABDALLAH, SBN 347764<br>msobol@lchb.com<br>drudolph@lchb.com<br>mgardner@lchb.com<br>jpolin@lchb.com<br>nabdallah@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| | **CARNEY BATES & PULLIAM, PLLC** |
| | By:  /s/Allen Carney  |
| | Allen Carney |
| | JOSEPH HENRY BATES, III, SBN 167688<br>ALLEN CARNEY (admitted *pro hac vice*)<br>COURTNEY E. ROSS (admitted *pro hac vice*)<br>hbates@cbplaw.com<br>acarney@cbplaw.com<br>cross@cbplaw.com<br>519 W. 7th St.<br>Little Rock, AR, 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505 |
| | *Attorneys for Plaintiff and the Proposed Class* |

-4-

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 16, 2023            By:     /s/Lauren R. Goldman
                                        Lauren R. Goldman

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant Meta Platforms, Inc.'s deadline to disclose custodial and non-custodial ESI data sources that may contain documents responsive to Plaintiff's First Requests for Production, dated April 6, 2023, is June 20, 2023. See Fed. R. Civ. P. 6(a).

ENTERED: June 16 2023

*Virginia K. DeMarchi*
Honorable Virginia K. DeMarchi
United States Magistrate Judge