UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 1, 2023 | **Time:** 11:11 – 11:18 7 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-00083-SI | **Case Name:** Gershzon v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Melissa Gardner, Allen Carney
**Attorney for Defendant:** Darcy Harris

**Deputy Clerk:** Esther Chung        **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – Held via Zoom webinar.

## SUMMARY

The Court set the following schedule for Class Certification and Expert Reports:

Motion for Class Certification and Class Expert Reports:  **5/10/2024**

Opposition to class certification and class expert reports: **7/19/2024**

Reply in support of motion for class certification and rebuttal class expert reports: **8/23/2024**

Hearing on Motion: **9/20/2024 at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco**.

Close of Fact Discovery:  **10/25/2024**