LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
MICHAEL W. SOBOL, SBN 194857
msobol@lchb.com
DAVID T. RUDOLPH, SBN 233457
drudolph@lchb.com
MELISSA GARDNER, SBN 289096
mgardner@lchb.com
NABILA ABDALLAH, SBN 347764
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

CARNEY BATES & PULLIAM, PLLC
JOSEPH HENRY BATES, III, SBN 167688
hbates@cbplaw.com
ALLEN CARNEY (admitted *pro hac vice*)
acarney@cbplaw.com
COURTNEY E. ROSS (admitted *pro hac vice*)
cross@cbplaw.com
519 W. 7th St.
Little Rock, AR, 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff and the Proposed Class*

GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-4622
Facsimile:    (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:    (213) 229-7311
Facsimile:    (213) 229-6311

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys in Signature Block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 3:23-cv-00083-SI-VKD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Susan Illston<br>Date: March 1, 2024<br>Location: Zoom |

1    Plaintiff Mikhail Gershzon and Defendant Meta Platforms, Inc. ("Meta") (collectively, the

2    "Parties"), by and through their respective counsel, respectfully submit this Joint Case Management

3    Statement in advance of the Case Management Conference set for March 1, 2024 in the above-

4    captioned action. *See* Dkt. 104.

5    **I.      PROCEDURAL HISTORY AND PENDING MOTIONS**

6    Plaintiff filed this action on January 6, 2023. Dkt. 1. Meta's motion to dismiss was filed March

7    31, 2023, heard on June 23, 2023, and decided on August 22, 2023. Dkt. 31, 82, 90. Meta answered

8    the Complaint on September 22, 2023. Plaintiff moved to strike certain of Meta's asserted affirmative

9    defenses on October 13, 2023. Dkt. 98. Pursuant to stipulation by the Parties, that motion was denied

10   as moot on October 26, 2023, and Meta filed an amended answer on November 10, 2023. Dkt. 99,

11   101.

12   No motions are currently pending.

13   Plaintiff has requested that Meta provide consent under Federal Rule of Civil Procedure

14   15(a)(2) to the amendment of Plaintiff's complaint to add additional putative class representatives. In

15   the event the parties cannot reach agreement, Plaintiff intends to file a motion for leave to amend his

16   pleadings under Federal Rule of Civil Procedure 15(a)(2). Meta is evaluating Plaintiff's request.

17   **II.     PROGRESS OF PARTY AND NON-PARTY DISCOVERY**

18   The progress of Party discovery is as follows:

19   On April 6, 2023, Plaintiff served ten Requests for Production and nine Interrogatories on

20   Meta. Meta served its objections and responses on May 22, 2023. Meta made productions

21   responsive to Plaintiff's First Requests for Production on September 1, 2023, November 29, 2023,

22   and January 18, 2024, and served supplemental interrogatory responses on August 29, 2023,

23   December 21, 2023, and January 12, 2024. Plaintiff served an additional 73 Requests for Production

24   on Meta on August 28, 2023. Meta served its objections and responses on September 27, 2023.

25   On January 2, 2024, Meta served 86 Requests for Production on Plaintiff. Plaintiff served his

26   objections and responses on February 1, 2024. Meta served thirteen Interrogatories on Plaintiff on

27   February 7, 2024. Plaintiff's objections and responses are due on March 8, 2024. Plaintiff has not

28   yet produced documents in response to Meta's requests.

1    The Parties are currently in the process of proposing and negotiating appropriate custodians

2  and data sources for their respective discovery requests as well as meeting and conferring regarding

3  objections to certain of the discovery that has been posed.  While the Parties are working diligently

4  and cooperatively to reach the necessary agreements and resolve any disputes without court

5  intervention, they do not expect that their productions responsive to the currently outstanding

6  discovery will be substantially complete prior to May 2024.

7    *Plaintiff only*: The progress of third-party discovery is as follows:

8    On November 2, 2023, Plaintiff served a subpoena on the California DMV.  Plaintiff's

9  counsel and the California DMV have met and conferred on these requests.  Those discussions are

10  ongoing, and the DMV has not yet made any responsive productions.  The DMV has advised

11  Plaintiff's counsel that it hopes to make a first rolling production in the next month but despite its

12  diligent efforts, progress is slow, and the DMV cannot guarantee that it will substantially complete its

13  production of documents responsive to Plaintiff's subpoena prior to May 2024.

14    The Parties agree that the progress of discovery warrants and necessitates a modification of

15  the existing case schedule.

16  **III.    CASE SCHEDULE**

17    Following the September 1, 2023 status conference, the Court set a case schedule through the

18  hearing on class certification and the close of fact discovery.  Dkt. 92.  That schedule is as follows:

| Event | Deadline |
|---|---|
| Motion for Class Certification and Class Expert Reports | May 10, 2024 |
| Opposition to Class Certification and Class Expert Reports | July 19, 2024 |
| Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports | August 23, 2024 |
| Hearing on Motion | September 20, 2024 |
| Close of Fact Discovery | October 25, 2024 |

26    Plaintiff and Meta have conferred and agree that an extension of the schedule in this action is

27  warranted in light of the progress of discovery, discussed above.  The Parties therefore jointly

28  propose and respectfully request that the case schedule be amended as follows:

| Event | Deadline |
|---|---|
| Motion for Class Certification and Class Expert Reports | November 22, 2024 |
| Opposition to Class Certification and Class Expert Reports | February 28, 2025 |
| Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports | April 11, 2025 |
| Hearing on Motion | May 2, 2025 |
| Close of Fact Discovery | June 13, 2025 |

Dated: February 23, 2024

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: *Melissa Gardner*
    Melissa Gardner

MICHAEL W. SOBOL, SBN 194857
DAVID T. RUDOLPH, SBN 233457
MELISSA GARDNER, SBN 289096
NABILA ABDALLAH, SBN 347764
msobol@lchb.com
drudolph@lchb.com
mgardner@lchb.com
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

CARNEY BATES & PULLIAM, PLLC

By: *Allen Carney*
    Allen Carney

JOSEPH HENRY BATES, III, SBN 167688
ALLEN CARNEY (admitted pro hac vice)
COURTNEY E. ROSS (admitted pro hac vice)
hbates@cbplaw.com
acarney@cbplaw.com
cross@cbplaw.com
519 W. 7th St.
Little Rock, AR, 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff and the Proposed Class*

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GIBSON, DUNN & CRUTCHER LLP

By: *Lauren R. Goldman*
    Lauren R. Goldman

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

-5-

1

## CIVIL L.R. 5-1(h)(3) ATTESTATION

2      Pursuant to Civil Local Rule 5-1(h)(3), I, Melissa Gardner, hereby attest under penalty of

3  perjury that concurrence in the filing of this document has been obtained from all signatories.

4

5

6  Dated: February 23, 2024                    By: *Melissa Gardner*
                                                    Melissa Gardner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:23-CV-00083-SI-VKD