UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 1, 2024 | **Time:** 10:35 – 10:40<br>5 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-00083-SI | **Case Name:** Gershzon v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Melissa Gardner, Nabila Abdallah
**Attorney for Defendant:** Darcy Harris, Lauren Goldman

**Deputy Clerk:** Esther Chung            **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

The Court confirmed that the parties needed to move some of the deadlines for the Class Certification and Discovery. The following scheduling was set:

Motion for Class Certification and Class Expert Reports:  11/22/2024
    Oppositions Due:  2/28/2025;
    Replies Due:  4/11/2025;
Hearing on Motion:  5/30/2025 at 10:00 AM.

Close of Fact Discovery:  6/13/2025.