1  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
2  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
3  David T. Rudolph (SBN 233457)
   drudolph@lchb.com
4  Melissa Gardner (SBN 289096)
   mgardner@lchb.com
5  Nabila Abdallah (SBN 347764)
   nabdallah@lchb.com
6  John D. Maher (SBN 316157)
   jmaher@lchb.com
7  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
8  Telephone: (415) 956-1000
   Facsimile: (415) 956 1008
9
   CARNEY BATES & PULLIAM, PLLC
10 Hank Bates (SBN 167688)
   hbates@cbplaw.com
11 Allen Carney (*pro hac vice*)
   acarney@cbplaw.com
12 Courtney Ross Brown (*pro hac vice*)
   cbrown@cbplaw.com
13 One Allied Drive, Suite 1400
   Little Rock, AR 72202
14 Telephone: (501) 312-8500
   Facsimile: (501) 312-8505
15
   *Attorneys for Plaintiffs and the Proposed Class*
16

GIBSON, DUNN & CRUTCHER LLP
Lauren R. Goldman (*pro hac vice*)
lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys in Signature Block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIKHAIL GERSHZON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00083-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Mikhail Gershzon and Defendant Meta Platforms, Inc., by and through their attorneys of record, stipulate as follows:

WHEREAS, on March 1, 2024, the Court entered the parties' proposed case management schedule, ECF No. 110, which extended the deadline for Plaintiff's motion for class certification and associated deadlines by approximately six months;

WHEREAS, discovery remains ongoing and the parties are still negotiating the scope of the parties' discovery responses and document productions, including a proposal for the production of structured data, which negotiations will require additional time to discuss, finalize, and implement;

WHEREAS, Plaintiff intends to amend his complaint to add additional parties as named plaintiffs, and the parties will confer regarding Plaintiff's request for Meta's consent to such amendment;

WHEREAS, Judge DeMarchi, who is overseeing discovery in this case, instructed the parties in this action, *In re Meta Pixel Tax Filing Cases* (No. 5:22-cv-07557-PCP), and *In re Meta Pixel Healthcare Litigation* (No. 3:22-cv-3580-WHO) to cooperate "with respect to Meta's production of documents regarding subject matter common to all cases" and "the scheduling of depositions of Meta's current and former employees whose testimony is relevant to all three cases so as to minimize the burden and inconvenience for the witness" (ECF No. 71 at 2–3);

WHEREAS, the *Tax* deadline to move for class certification has been extended to July 21, 2025 (*Tax*, ECF No. 156 at 2), and the *Healthcare* deadline to move for class certification has been extended to June 27, 2025 (*Healthcare*, ECF No. 552 at 1; ECF No. 655 at 2);

WHEREAS, the parties have conferred and determined they will require a similar extension to complete discovery in this case due to the possible proposed addition of named plaintiffs, the technical complexity of discovery sought in this matter, and to facilitate potential cooperation in light of the amended schedules of *Tax* and *Healthcare*;

WHEREAS, the parties have conferred and agreed to the following proposed modified schedule, subject to Court approval;

NOW THEREFORE, **IT IS HEREBY STIPULATED AND AGREED** between the

1  parties, subject to Court approval, that the new case schedule deadlines are as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Motion for Class Certification and Class Expert Reports | Friday, November 22, 2024 | August 22, 2025 |
| Opposition to Class Certification and Class Expert Reports | Friday, February 28, 2025 | October 17, 2025 |
| Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports | Friday, April 11, 2025 | November 21, 2025 |
| Hearing on Motion | Friday, May 2, 2025 | Friday, December 19 2025 |
| Close of Fact Discovery | Friday, June 13, 2025 | Friday, January 30, 2026 |

Dated: November 4, 2024                    CARNEY BATES & PULLIAM, PLLC

*/s/ Allen Carney*
Allen Carney (admitted *pro hac vice*)
acarney@cbplaw.com
Hank Bates (SBN 167688)
hbates@cbplaw.com
Courtney Ross Brown (admitted *pro hac vice*)
cbrown@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR, 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956 1008

*Attorneys for Plaintiff and the Proposed Class*

1  GIBSON, DUNN & CRUTCHER LLP

2  */s/ Lauren R. Goldman*
Lauren R. Goldman (admitted *pro hac vice*)
3  lgoldman@gibsondunn.com
Darcy C. Harris (admitted *pro hac vice*)
4  dharris@gibsondunn.com
200 Park Avenue
5  New York, NY 10166
Telephone: (212) 351-4000
6  Facsimile: (212) 351-4035

7  Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
8  Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
9  One Embarcadero Center, Suite 2600
San Francisco, CA 94111
10  Telephone: (415) 393-8200
Facsimile: (415) 393-8306

11
COOLEY LLP
12  Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
13  Kyle C. Wong (SBN 224021)
kwong@cooley.com
14  Caroline A. Lebel (SBN 340067)
clebel@cooley.com
15  3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
16  Telephone: (415) 693-2000
Facsimile: (415) 693-2222

17
*Attorneys for Meta Platforms, Inc.*
18

19

20

21

22

23

24

25

26

27

28

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Melissa Gardner, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

                                 */s/ Melissa Gardner*
                                 Melissa Gardner

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED:_____        _____
                                 Hon. Susan Illston
                                 United States District Court Judge