LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956 1008

CARNEY BATES & PULLIAM, PLLC
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff and the Proposed Class*

GIBSON, DUNN & CRUTCHER LLP
Lauren R. Goldman (*pro hac vice*)
lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

MIKHAIL GERSHZON, on behalf of
himself and all others similarly situated,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:23-cv-00083-SI

<u>CLASS ACTION</u>

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND CASE
DEADLINES**

- 1 -

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Mikhail Gershzon ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on November 4, 2024, the Court set the following deadlines for this action: Plaintiff's Motion for Class Certification and Class Expert Reports are due August 22, 2025; Defendant Meta Platforms' Opposition to Class Certification and Class Expert Reports are due October 17, 2025; Plaintiff's Reply in Support of Class Certification and  Rebuttal Class Expert Reports are due November 21, 2025; the Hearing on the Class Certification Motion is set for December 19, 2025, and the Close of Fact Discovery is January 30, 2026 (Dkt. 114);

WHEREAS, having cooperatively been conducting discovery with respect to one another and third parties, having resolved substantially all discovery disputes through productive conferences, without court intervention, and having made meaningful progress in negotiations relating to complex data systems which required mutual cooperation and disclosure, the parties are diligently working to complete their productions in response to discovery served to date in this action;

WHEREAS, despite significant progress, the parties do not expect to substantially complete productions necessary for depositions and expert analysis relevant to class certification in time for such depositions and analysis to be completed substantially before the current deadline for Plaintiff to move for class certification;

WHEREAS, the parties have conferred regarding Plaintiff's intention, disclosed to the Court on February 23, 2024 and November 4, 2024 (ECF Nos. 108, 114) to formally name additional putative class representatives and associated stipulations pertaining to discovery, and expect to resolve those negotiations informally, such that two additional party plaintiffs will be named in this action pursuant to stipulation on or before August 15, 2025;

WHEREAS, the extension requested herein would result in Plaintiff's class certification motion being filed 1,064 days after this action commenced in January 2023, consistent with the length of time required to advance to those proceedings in *In re Meta Pixel Tax Filing Cases* (No. 5:22-cv-07557-PCP, filed December 2022), and *In re Meta Pixel Healthcare Litigation* (No. 3:22-

cv-3580-WHO, filed June 2022), which concern certain similar issues, where the motions are currently scheduled to be filed 924 and 1,180 days after those cases commenced, respectively;

WHEREAS, the Court has twice before extended the deadline to move for class certification (ECF Nos. 110, 115), and in light of the progress that has been made to date, and the parties' success in amicably resolving the disputes between them, the parties do not anticipate seeking further extensions on the class certification briefing deadlines;

WHEREAS, the parties have agreed they will not serve a substantial volume, in number or scope, of new written discovery requests in advance of the proposed modified deadline for plaintiff's class certification motion;

WHEREAS, the parties have conferred and agreed to the following proposed modified schedule, subject to Court approval;

NOW THEREFORE, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to Court approval, that the new case schedule deadlines are as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Motion for Class Certification and Class Expert Reports | Friday, August 22, 2025 | Friday, December 19, 2025 |
| Opposition to Class Certification and Class Expert Reports | Friday, October 17, 2025 | Friday, February 27, 2026 |
| Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports | Friday, November 21, 2025 | Friday, April 10, 2026 |
| Hearing on Motion | Friday, December 19, 2025 | Friday, May 8, 2026 |
| Close of Fact Discovery | Friday, January 30, 2026 | Friday, June 6, 2026 |

Dated: August 5, 2025                    CARNEY BATES & PULLIAM, PLLC

                                        */s/ Allen Carney*
                                        Allen Carney (admitted *pro hac vice*)
                                        acarney@cbplaw.com
                                        Hank Bates (SBN 167688)
                                        hbates@cbplaw.com

- 2 -

Courtney Ross Brown (admitted *pro hac vice*)
cbrown@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR, 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956 1008

*Attorneys for Plaintiff and the Proposed Class*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Lauren R. Goldman*
Lauren R. Goldman (admitted *pro hac vice*)
lgoldman@gibsondunn.com
Darcy C. Harris (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Meta Platforms, Inc.*

STIPULATION AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES
CASE NO. 3:23-CV-00083-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Allen Carney, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

*/s/ Allen Carney*
Allen Carney

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED:_____          _____
                                         Hon. Susan Illston
4                                        United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28