# Proposed Redacted Version of Exhibit 16 (Dkt. No. 150-11)

# EXHIBIT 16
# Filed Under Seal

# Pixel Identity and Advanced Matching

Web Signals

PIXEL_CADMV_000298703

# Three cookies

- FR "Facebook Remarketing" cookie
- Saved on facebook.com domain when you log in, or a pixel fires
- Contains a random number ("browser ID") or a user ID

- FBP "Domain Scoped browser ID" cookie
- This is a *first party* cookie; saved to advertiser websites on every pixel fire

- FBC "Click ID" cookie
- Just remember it's different to FBP



PIXEL_CADMV_000298704

# Match types

- We identify users in many ways that aren't just cookie though

- Each contributes a different amount to FB

PIXEL_CADMV_000298705

# Advanced Matching (High level)

- Advertisers send PII (email address, name, phone number) to Facebook
- We require this PII is hashed
- We delete this data promptly after matching

- On our side, we store data in a dictionary (this is a ~simplification)

  hash(email) -> fbid1
  concat(hash(first name), hash(last name), hash(country)) -> fbid

PIXEL_CADMV_000298706

# FR Cookie

- People log in to Facebook
- This same cookie is automatically sent with every Pixel fire to Facebook. When it is sent from somebody else's website, it's a 'third party' cookie

- Safari and Firefox have blocked this
- Google has introduced controls to limit this

PIXEL_CADMV_000298707



PIXEL_CADMV_000298708

# Short Window Matching



PIXEL_CADMV_000298709

# DSB ID graph



PIXEL_CADMV_000298710

# Click ID

- Append a parameter to every outbound click from Facebook, e.g. ad clicks

  http://example.com/?fbclid=IwAR3rc5_AZRsaaqzFgWn4eUaM-fqWg-CRsWk2AEJFWbvgMUYcnE3fpXgWMM0

- This is a real click ID, it really is that long

- That parameter is actually an encrypted timestamp and user ID
- The pixel recognizes this click ID in links, then saves it in cookies

- Click ID is then sent to FB as part of pixel fires

PIXEL_CADMV_000298711

# Extern ID

- Use advertiser identifiers
- Establish match
- Reuse it



PIXEL_CADMV_000298712

# Device ID

- Apple/Google provide advertiser identifiers for individual iPhones/Android phones
- These are great for ads

PIXEL_CADMV_000298713

# Advanced Matching

- That's all of the important match types!

- *That's very nice, Tobias, but how does it relate to the Web Signals team?*

PIXEL_CADMV_000298714

# Match types

- Things we created or primarily maintain

- Things we built, then handed off to, identity



PIXEL_CADMV_000298715

# Match types

- Things we created or primarily maintain

- Things we built, then handed off to, identity



PIXEL_CADMV_000298716

# Advanced matching: AM vs AAM

- Two ways to set up sending PII
  - Advanced Matching
  - Automatic Advanced Matching

- The names are not great

- Automatic advanced matching scrapes form fields
- Advanced matching requires advertisers explicitly send PII to Facebook

PIXEL_CADMV_000298717

# Advanced Matching

- Advanced matching requires advertisers explicitly send PII to Facebook
- Yes, we want this PII!
- But only sent in a particular way

```
<script>
  fbq('init', '1962619450647008', {
    'em': 'thw@fb.com',
  });
  fbq('track', 'PageView');
</script>
```

https://www.facebook.com/tr/
    ?id=12345
    &ev=Purchase
    &ud[em]=8159ea0e33c51a774b83104ee562784f9b1836c852102046e4bd8385706fe7ca

PIXEL_CADMV_000298718

# "Manual" Advanced Matching

PIXEL_CADMV_000298719

# Automatic Advanced Matching

- Automatic advanced matching scrapes form fields



PIXEL_CADMV_000298720

# Automatic Advanced Matching

PIXEL_CADMV_000298721

# What did we do last half?

- Growth hacking; *get people to turn on Automatic Advanced Matching*

- ███████████ ████ ██████
  ███████████

- Guidance cards in Ads Create Flow and Events Manager were best drivers



PIXEL_CADMV_000298722

# What have we shipped this half?

- Form field detection changes
  - Broaden how we detect form fields on advertiser websites

- Plugged into marketing org's "Signals Opportunity Framework" and data playground

- New card in Events Manager



PIXEL_CADMV_000298723

# What else are we doing this half?

- Shopify integration
  - Look for particular variables, e.g. `Shopify.checkout.email` when we detect Shopify is
  - 20% -> 100% PII coverage in tests
  - **Launching December 5th**

- Update "remembered matches" logic
  - Change from remembering matches for 30m to 24h
  - **Privacy approved**

PIXEL_CADMV_000298724

# Advanced matching: Metrics

- Last half we used number of pixels

- Web Deterministic Resilience Score is the new hotness

- "If cookies went away, how many **conversions** (revenue weighted) could we continue to match?"

- We talk about *conversions* instead of *pixels* or *raw events (like in match rate)*. We know they're more important.
- This is revenue weighted

PIXEL_CADMV_000298725

# Advanced matching: Metrics



PIXEL_CADMV_000298726