**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-4622
Facsimile: (415) 801-7389

*Attorneys for Defendant Meta Platforms, Inc.*
*Additional Attorneys in Signature Block*

**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
MICHAEL W. SOBOL (SBN 194857)
msobol@lchb.com
DAVID T. RUDOLPH (SBN 233457)
drudolph@lchb.com
MELISSA GARDNER (SBN 289096)
mgardner@lchb.com
JOHN D. MAHER (SBN 316157)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

**CARNEY BATES & PULLIAM, PLLC**
HANK BATES (SBN 167688)
hbates@cbplaw.com
ALLEN CARNEY (admitted *pro hac vice*)
acarney@cbplaw.com
COURTNEY E. ROSS (admitted *pro hac vice*)
cross@cbplaw.com
CONNOR THOMPSON (admitted *pro hac vice*)
cthompson@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs and the Proposed Classes*
*Additional Attorneys in Signature Block*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON, ANACLETO DELEON, and JEFFREY DIETRICH, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | CLASS ACTION <br><br> Case No. 3:23-cv-00083-SI-VKD <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING DEADLINES AND CLASS CERTIFICATION HEARING** <br><br> The Honorable Susan Illston |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Mikhail Gershzon, Anacleto DeLeon, and Jeffrey Dietrich ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on August 5, 2025, the Court approved the Parties' stipulated briefing schedule related to class certification and expert reports and entered an order extending the deadlines in connection therewith as follows: Plaintiffs' Motion for Class Certification and Class Expert Reports were due December 19, 2025; Meta's Opposition to Class Certification and Class Expert Reports were due February 27, 2026; Plaintiffs' Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports are due April 10, 2026; the Hearing on the Class Certification Motion is set for May 8, 2026; and the Close of Fact Discovery is set for June 6, 2026 (Dkt. 120);

WHEREAS, on February 25, 2026, the Court approved the Parties' stipulated schedule setting deadlines to file sealing papers in connection with the Opposition and Reply and supporting documents filed in connection with the Motion for Class Certification, such that sealing papers will be due on March 26, 2026 for the Opposition, and May 8, 2026 for the Reply (Dkt. 156);

WHEREAS, on February 27, 2026, Meta filed its Class Certification Opposition, three expert reports, and a Motion to Exclude Plaintiffs' proffered expert Serge Egelman, Ph.D., set for a hearing together with Plaintiffs' Motion for Class Certification on May 8, 2026 (Dkt. 157; 158);

WHEREAS, Plaintiffs anticipate filing one brief within the default 25 page limit set by Civil Local Rule 7-2(b) addressing Meta's proffered expert testimony under the standards applied at the class certification stage of proceedings, which Plaintiffs will also propose be heard together with Plaintiffs' Motion for Class Certification;

WHEREAS, the Parties have conferred concerning briefing deadlines and, in light of the relationship between the issues raised in their briefs concerning class certification and their briefs concerning the opposing Parties' proffered expert testimony, generally agree that a Party's briefing deadlines should coincide with that Party's other briefing deadlines to the extent such a schedule would not unduly prejudice the other Party;

WHEREAS, the Parties further agree that the need to conduct expert depositions, the importance of the issues to be briefed, and the orderliness of the Parties' presentation of interrelated

issues to the Court, warrant setting briefing deadlines longer than the default schedule set by the Civil Local Rules;

WHEREAS, one of Plaintiffs' lead counsel has been selected to serve on the jury for a criminal trial taking place in San Francisco Superior Court from March 11, 2026 until an unspecified date the following week, and respectfully requests that Meta and the Court accommodate her civil service with a one-week extension on Plaintiffs' upcoming briefing deadlines;

WHEREAS, the Court continued the hearing on Plaintiffs' Motion to Certify Class and Meta's Motion to Exclude Serge Egelman, Ph.D. to June 26, 2026 (Dkt. 168);

WHEREAS, in submitting their prior stipulation concerning deadlines to file sealing papers in connection with the Opposition and Reply and supporting documents, the Parties understood and intended that the deadlines proposed therein would also apply to any Motions to Exclude experts filed in connection with the Parties' respective briefs regarding class certification and therefore seek to more clearly memorialize that agreement, subject to Court approval, herein;

NOW THEREFORE, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, that the new case schedule deadlines are as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Motion for Class Certification and Class Expert Reports | Friday, December 19, 2025 | unchanged |
| Opposition to Class Certification and Class Expert Reports | Friday, February 27, 2026 | unchanged |
| Papers in Support of Sealing Portions of Meta's Opposition to Class Certification, Class Expert Reports, and Motion to Exclude Plaintiffs' Expert | Thursday, March 26, 2026 | unchanged |
| Reply in Support of Motion for Class Certification, Rebuttal Class Expert Reports, Opposition to Motion to Exclude Plaintiffs' Expert, and | Friday, April 10, 2026 (for Opposition to Motion to Exclude, March 13, 2026 under Civil L.R. 7-3(a); (for Motion to Exclude, April 3, 2026 under Civil L.R. 7-2(a)) | Friday, April 17, 2026 |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES — CASE NO. 3:23-CV-00083-SI-VKD

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Motion(s) to Exclude Meta's Experts[1] | | |
| Reply in Support of Motion to Exclude Plaintiffs' Expert, Opposition to Motion(s) to Exclude Meta's Experts | (for Reply in Support of Motion to Exclude, March 20, 2026 under Civil L.R. 7-3(c); for Opposition to Motion to Exclude, April 17, 2026 under Civil L.R. 7-3(a)) | Friday, May 22, 2026 |
| Reply in Support of Motion(s) to Exclude Meta's Experts | April 24, 2026 under Civil L.R. 7-3(c) | Friday, June 12, 2026 |
| Papers in Support of Sealing Portions of Plaintiffs' Reply in Support of Motion for Class Certification, Rebuttal Class Expert Reports, Opposition to Motion to Exclude Plaintiffs' Expert, Motion(s) to Exclude Meta's Experts, Reply in Support of Motion to Exclude Plaintiffs' Expert, and Opposition to Motion(s) to Exclude Meta's Experts | Friday, May 8, 2026 | Thursday, June 18, 2026 |
| Hearing on Motion for Class Certification and Motions to Exclude Experts | Friday, May 8, 2026 | Friday, June 26, 2026 (Dkt. 168) |
| Papers in Support of Sealing Portions of Plaintiffs' Reply in Support of Motion(s) to Exclude Meta's Experts | NA | Thursday, July 2, 2026 |
| Close of Fact Discovery | June 6, 2026 | July 24, 2026 |

Dated: March 11, 2026

---

[1] For materials to be filed on April 17, 2026 and May 22, 2026, each filing party shall file the referenced documents with all material designated "Confidential" or "Highly Confidential – Attorneys Eyes Only" provisionally under seal, along with an interim sealing motion. The interim sealing motion shall indicate that an updated version of the referenced documents will be filed on June 18, 2026, and the reasons for sealing Confidential and Highly Confidential information will be discussed in the sealing motion filed by the respective Parties on June 18, 2026. On June 18, 2026, Plaintiffs and Meta shall each file sealing papers and updated versions of the referenced documents with narrowly tailored redactions for information designated "Confidential" or "Highly Confidential" by Plaintiffs and/or Meta. For materials to be filed on June 12, 2026, Plaintiffs shall follow the same aforementioned process and shall file sealing papers and updated versions of the referenced documents with narrowly tailored redactions on July 2, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court anticipates that no further extensions will be requested by the parties.

Dated: March 12, 2026

Honorable Susan Illston
United States District Judge

Dated: March 11, 2026          By:          */s/ Lauren R. Goldman*
                                             Lauren R. Goldman

Lauren R. Goldman (admitted *pro hac vice*)
lgoldman@gibsondunn.com
Darcy C. Harris (admitted *pro hac vice*)
dharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Melanie Marilyn Blunschi
melanie.blunschi@lw.com
Kristin I Sheffield-Whitehead
kristin.whitehead@lw.com
Catherine Anne Rizzoni
cat.rizzoni@lw.com
Dianne Kim
dianne.kim@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Marissa Alter-Nelson (admitted *pro hac vice*)
marissa.alter-nelson@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

*Attorneys for Meta Platforms, Inc.*

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES— CASE NO. 3:23-CV-00083-SI-VKD

Dated: March 11, 2026          By:        */s/ Melissa Gardner*
                                          Melissa Gardner

                                          Michael W. Sobol (SBN 194857)
                                          msobol@lchb.com
                                          David T. Rudolph (SBN 233457)
                                          drudolph@lchb.com
                                          Melissa Gardner (SBN 289096)
                                          mgardner@lchb.com
                                          John D. Maher (SBN 316157)
                                          jmaher@lchb.com
                                          LIEFF CABRASER HEIMANN
                                          & BERNSTEIN, LLP
                                          275 Battery Street,
                                          29th Floor San Francisco,
                                          CA 94111-3339
                                          Telephone: 415.956.1000
                                          Facsimile: 415.956.1008

                                          Linnea D. Pittman (admitted *pro hac vice*)
                                          lpittman@lchb.com
                                          LIEFF CABRASER HEIMANN
                                          & BERNSTEIN, LLP
                                          250 Hudson Street, 8th Floor
                                          New York, New York 10013-1413
                                          Telephone: 212.355.9500
                                          Facsimile: 212.355.9592

                                          Joseph Henry (Hank) Bates, III (SBN 167688)
                                          hbates@cbplaw.com
                                          Allen Carney (admitted *pro hac vice*)
                                          acarney@cbplaw.com
                                          Courtney E. Ross (admitted *pro hac vice*)
                                          cross@cbplaw.com
                                          Connor Thompson (admitted *pro hac vice*)
                                          cthompson@cbplaw.com
                                          CARNEY BATES & PULLIAM, PLLC
                                          One Allied Drive, Suite 1400 Little Rock, AR
                                          72202
                                          Telephone: 501.312.8500
                                          Facsimile: 501.312.8505

                                          *Attorneys for Plaintiffs and the Proposed Classes*

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Allen Carney, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

/s/ Melissa Gardner
Melissa Gardner

3449094.6