# EXHIBIT 42

# MyDMV Case Status Webpage – Test Account

**Source:** https://www.dmv.ca.gov/portal/dmv-virtual-office/case-status/?cn=14080435&email=jmcgowan955@gmail.com



# CASE STATUS

Use this service to get status of a previous Virtual Office request using a case number (where do I find it?) and an email ID

Please enter the case number: 14080435

Please enter the email address used to file the case: jmcgowan955@gmail.com

Check Status

Results

| Case # | Date | Transaction Type | Status |
|---|---|---|---|
| 14080435 | 2023-01-18 | Disabled Person Parking Placard Application | Your Case was closed and marked as Abandoned. Please resubmit your transaction request through the virtual.dmv.ca.gov website for assistance |

**Next Steps:** Your Case was closed and marked as Abandoned due to delays in response from you to our follow-up requests. If you still require assistance, please resubmit your transaction request through the virtual.dmv.ca.gov website. Do not contact the DMV call center for this case as they will not be able to provide any more details.

| Payment # | Date | Amount | Status |
|---|---|---|---|

No payments exist yet for this case.

| Document Type | Status |
|---|---|
| Application for Disabled Person Parking Placard or Plates (REG 195)<br>**Notes:** | Missing |
| California Driver's License or ID<br>**Notes:** | Missing |

**For any document in incomplete or missing status above, please make the necessary corrections and re-send.** If you have questions regarding your application, need to request corrections of the information you provided, or upload new documents, please reply to this email. If you reply, it is important that you keep the same email subject line to ensure your information is updated correctly.

Was this page helpful?

Ask DMV

**MyDMV Case Status Webpage – DeLeon Account**

**Source:** https://www.dmv.ca.gov/portal/dmv-virtual-office/case-status/?cn=[redacted]&email=[redacted]

CA DMV STATE OF CALIFORNIA Department of Motor Vehicles | REAL ID | Online Services | Translate | MyDMV | Search here...

Vehicle Registration | Driver's Licenses & IDs | Make a Payment | Appointments | Testing | Check Status

Home > DMV Virtual Office > Case Status

# CASE STATUS

Use this service to get status of a previous Virtual Office request using a case number (where do I find it?) and an email ID

Please enter the case number: [redacted]

Please enter the email address used to file the case: [redacted]

Check Status

Results

| Case # | Date | Transaction Type | Status |
|---|---|---|---|
| [redacted] | 2021-09-20 | Vehicle Registration Renewals | Your application cannot be processed through the Virtual Field Office and has been closed. |

**Next Steps:** Your Case was closed as the transaction request is not something that can currently be processed through the DMV Virtual Office.

| Payment # | Date | Amount | Status |
|---|---|---|---|

No payments exist yet for this case.

| Document Type | Status |
|---|---|
| Statement of Facts(Auto Generated REG 256) | Complete |

**Notes:**

**Additional files were received with this case and are under review.**

Ask DMV