UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKHAIL GERSHZON, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No.  23-cv-00083-SI

**ORDER CONVERTING JULY 29, 2026 HEARING INTO TUTORIAL ON TECHNOLOGY, DIRECTING FURTHER BRIEFING, AND SCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION FOR AUGUST 5, 2026 AT 11 A.M.**

In the course of reviewing the parties' briefing on class certification, including the expert reports and motions to exclude the experts, the Court finds that it would be helpful to hold a tutorial on the technology at issue—how the Meta Pixels operated on the California DMV website during the relevant time period and what information was transmitted to Meta.  The hearing scheduled for July 29, 2026 at 11:00 a.m. will be converted into a tutorial.  Each party may have up to 1 hour for their presentation.

The Court will hold the hearing on the motion for class certification and motions to exclude experts on August 5 at 11 a.m.

The Court is aware of other consumer privacy cases involving the Meta Pixel filed in this District and that have been litigated through class certification.  The Court directs the parties to file a joint chart no later than July 24 listing the N.D. Cal. cases; the class(es) sought to be certified; the classes certified, if any; and if certification was denied in whole or in part, the reason(s) for denial.

**IT IS SO ORDERED**.

Dated: July 10, 2026

_____
SUSAN ILLSTON
United States District Judge