**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

*[Additional Attorneys in Signature Block]*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL, SBN 194857
msobol@lchb.com
MELISSA GARDNER, SBN 289096
mgardner@lchb.com
JOHN D. MAHER, SBN 316157
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

**CARNEY BATES & PULLIAM, PLLC**
HANK BATES, SBN 167688
hbates@cbplaw.com
ALLEN CARNEY (*pro hac vice*)
acarney@cbplaw.com
COURTNEY ROSS BROWN (*pro hac vice*)
cbrown@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL GERSHZON and ANACLETO DELEON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00083-SI<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Mikhail Gershzon and Anacleto DeLeon ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on July 22, 2026, the Court granted the parties' joint stipulation continuing the hearing on Plaintiffs' Motion for Class Certification (Dkt. 139), Meta's Motion to Exclude Dr. Serge Egelman (Dkt. 158), Plaintiffs' Motion to Exclude Drs. Anindya Ghose, Georgios Zervas, and On Amir (Dkt. 183), and Meta's Objections to Reply Evidence (Dkt. 191) (collectively, the "Motions") to August 26, 2026 at 11:00 a.m. Dkts. 209, 210;

WHEREAS, after the parties stipulated to the August 26, 2026 hearing date, a personal circumstance arose that renders counsel principally responsible for arguing the Motion for Class Certification on Meta's behalf unavailable on that date;

WHEREAS, the first date after August 26, 2026 on which such counsel are available is September 9, 2026; they are alternatively available on September 15, 2026; and Plaintiffs' counsel are available on either date;

WHEREAS, the Parties have conferred regarding the Motions hearing date and based on the above jointly propose that the hearing on the Motions be reset to Wednesday, September 9, 2026, or to another date convenient for the Court;

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that the hearing on the Motions (Dkts. 139, 158, 183, 191) shall be continued to ~~September 9, 2026~~, or another date convenient to the Court.

Dated: August 3, 2026

By: <u>*/s/ Elizabeth K. McCloskey*</u>
Elizabeth K. McCloskey

**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (admitted *pro hac vice*)
DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
ABIGAIL A. BARRERA, SBN 301746
emccloskey@gibsondunn.com
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**LATHAM & WATKINS LLP**
MELANIE MARILYN BLUNSCHI, 234264
KRISTIN I SHEFFIELD-WHITEHEAD, 304635
CATHERINE ANNE RIZZONI, SBN 322267
DIANNE KIM, 348367
cat.rizzoni@lw.com
melanie.blunschi@lw.com
kristin.whitehead@lw.com
dianne.kim@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 39508095

MARISSA ALTER-NELSON (admitted *pro hac vice*)
Marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

*Attorneys for Meta Platforms, Inc.*

Dated: August 3, 2026

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
By: _/s/ Melissa Gardner_
Melissa Gardner

MICHAEL W. SOBOL, SBN 194857
DAVID T. RUDOLPH, SBN 233457
MELISSA GARDNER, SBN 289096
JOHN D. MAHER, SBN 316157
msobol@lchb.com
drudolph@lchb.com
mgardner@lchb.com
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Linnea D. Pittman (admitted *pro hac vice*)
lpittman@lchb.com
Wesley J. Dozier (admitted *pro hac vice*)
wdozier@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
JOSEPH HENRY BATES, III, SBN 167688
ALLEN CARNEY (admitted *pro hac vice*)
COURTNEY E. ROSS (admitted *pro hac vice*)
CONNOR THOMPSON (admitted *pro hac vice*)
hbates@cbplaw.com
acarney@cbplaw.com
cross@cbplaw.com
cthompson@cbplaw.com
519 W. 7th St.
Little Rock, AR, 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Counsel for Plaintiffs and the Proposed Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing is continued to 9/15/2026 at 11:00 a.m.

Dated: August 4, 2026

Susan Illston
Honorable Susan Illston
United States District Judge