United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKHAIL GERSHZON, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 23-cv-00083-SI

**ORDER RE: PENDING ADMINISTRATIVE MOTIONS TO SEAL**

The parties have filed numerous administrative motions to seal with respect to plaintiffs' motion for class certification, Meta's motion to exclude Serge Egelman, and plaintiffs' motions to exclude Anindya Ghose, Georgios Zervas, and On Amir. Dkt. Nos. 150, 151, 153, 154, 159, 161, 162, 164, 165, 175, 176, 179, 186, 187, 192, 193, 194, 197, 202, 222. The task of resolving these motions has been complicated not only by the sheer number of pending administrative motions, but also because in several instances, the parties have filed revised or amended exhibits in connection with the administrative motions.

The Court directs the parties to meet and confer and file a joint statement no later than September 22, 2026, containing the following information for each pending substantive motion (e.g., plaintiffs' motion for class certification, *Daubert* motions): (1) what disputes remain with regard to sealing, with the applicable ECF number(s) of the administrative motion(s) and of the exhibit(s) at issue, and (2) the parties' arguments why the material should or should not be sealed. The Court requires a single document from the parties that contains all of the parties' arguments about sealing so that the Court does not have to cross-reference multiple declarations and amended exhibits in order to determine and resolve the remaining disputes. The parties shall also file a

United States District Court
Northern District of California

comprehensive proposed order covering all of the remaining disputes.

**IT IS SO ORDERED**.

Dated: September 8, 2026

SUSAN ILLSTON
United States District Judge