UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

MIKHAIL GERSHZON, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 23-cv-00083-SI

**ORDER RE: CLASS CERTIFICATION HEARING**

Plaintiffs' motion for class certification is scheduled for a hearing on September 15, 2026 at 11:00 a.m. Meta contends, *inter alia*, that the named plaintiffs lack Article III standing because no embarrassing or intrusive information about Gerszhon or DeLeon was sent to Meta through the Pixel. The Court directs the parties to be prepared to discuss the specific information about the named plaintiffs that was transmitted to Meta via the Pixel, and whether any of that information is embarrassing, invasive or sensitive.

**IT IS SO ORDERED.**

Dated: September 14, 2026

SUSAN ILLSTON
United States District Judge