UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKHAIL GERSHZON, *et al*.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 23-cv-00083-SI

**JUDGMENT**

The Court has dismissed this case for lack of Article III standing. Judgment is hereby entered against plaintiffs and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 30, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California